RECEIVED
MAY 09 1985
WILLIAM L. WHITTAKER
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
FILED
MAY 13 1985
WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO
United States Attorney
PATRICK S. BUPARA
Chief, Civil Division
ESTHER Z. HIRSH
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 556-2341

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW LOZANO, JR., ) <br> ) <br> Defendant. ) | NO. C-85-1720-M <br><br> CONSENT JUDGMENT |

  Plaintiff, the United States of America having filed its Complaint herein, and the Defendant having consented to the making and entry of this final Judgment without trial, hereby agree as follows:

  1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

  2. The Defendant hereby agrees to the entry of a consent judgment in the sum of $13,024.50 plus interest at the legal rate of 9.15% from the date of judgment until paid in full.

Form OBD-183
12-8-76 DOJ

3. On the 1st day of each month beginning June 1, 1985, the Defendant will tender to the United States a check payable to the Department of Justice in the amount of $150.00, and will continue to make such payments by the fifteenth of each month, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions: (A) each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payment, and the balance, if any, to the principal, and (B) if the Plaintiff deems it necessary, Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid.

4. This judgment shall be recorded with the Recorder's Office of the County of residence of the Defendant, and all other jurisdictions where it is determined by the Plaintiff that the Defendant owns real or personal property.

5. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to the Defendant.

6. The Defendant has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

7. In case of default, all costs incurred in satisfying this judgment shall be paid by the Defendant.

DATED: April 25, 1985

JOSEPH P. RUSSONIELLO
United States Attorney

By: **ESTHER Z. HIRSH**
ESTHER Z. HIRSH
Assistant United States Attorney
450 Golden Gate Avenue
San Francico, CA 94102
(415) 556-2341

I have read the foregoing, I understand the terms, and I sign this agreement as a free and voluntary act.

DATED: 5-7-85            ANDREW LOZANO, JR., DEFENDANT

APPROVED THIS _____ DAY OF _____ MAY 13 1985
19_____,

FREDERICK J. WOELFLEN
CHIEF, UNITED STATES MAGISTRATE

UNITED STATES MAGISTRATE

CONSENT JUDGMENT                                3.